JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON ALFREDO NUNEZ, | CASE NO. CV 18-9423-JFW (JCx) |
| Plaintiff, | Honorable John F. Walter |
| vs. | **JUDGMENT** |
| FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

JUDGMENT

| | |
|---|---|
| 1 | Pursuant to the Court's Order granting the Motion for Summary Judgment filed by defendant Ford Motor Company ("Defendant") (Docket Nos. 122-123), which granted summary judgment for Defendant on the claims asserted by plaintiff Milton Alfredo Nunez ("Plaintiff"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit. |

Dated: November 20, 2019   _____/s/ John F. Walter_____
                           Honorable John F. Walter
                           United States District Judge